Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Chhom Mao

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHHOM MAO,<br><br>Defendant | Case No. CR S 04-0205<br><br>STIPULATED MOTION AND [Lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)<br><br><u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u> |

Defendant, Chhom Mao, by and through his attorney, Timothy E. Warriner, and plaintiff, United States of America, by and through its counsel, First Assistant U.S. Attorney Phillip A. Talbert, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. Mr. Mao's offense was found to have involved to 210 grams of cocaine base. When his sentence was originally calculated, the base offense level was 34 and his criminal history category was III. The Court determined the guideline range to be 188 to 235 months, and sentenced Mr. Mao to the bottom of the guideline range or 188 months.

1

3. After Mr. Mao's original sentencing, the Sentencing Commission retroactively amended the guideline offense level for crack cocaine, effective May 1, 2008. The base offense level of 34 was reduced by two levels to a level 32, which produced a guideline range of 151 to 188 months imprisonment. Pursuant to a stipulation, the Court thereafter resentenced Mr. Mao to a term of 151 months on November 7, 2008.

4. The Sentencing Commission has again retroactively amended the guideline offense level for crack cocaine in Amendment 750. Mr. Mao's new offense level is 30, and with a criminal history category of III, his new resulting guideline range is 121 to 151 months.

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Mao's term of imprisonment to a term of 121 months, which is a sentence within the amended guideline range.

DATED: November 8, 2011             /s/ Timothy E. Warriner, Attorney for Defendant, Chhom Mao

DATED: November 8, 2011             /s/ Philip A. Talbert, First Assistant U.S. Attorney

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On November 7, 2008, the Court resentenced Mr. Mao to a term of 151 months. The parties agree, and the Court finds, that Mr. Mao is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 32 to 30.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Mao shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

11/22/11

GARLAND E. BURRELL, JR.
United States District Judge